

May 14, 2021

Hon. J. Paul Oetken
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re: Miami Home, LLC v. Manuel R. Salazar, 20 cv 10011 (JPO)

Dear Judge Oetken:

Pursuant to the Order dated April 6, 2021 (ECF # 19) this matter was marked stayed until May 1, 2021 due to the COVD-19 Emergency Eviction and Foreclosure Prevention Act of 2020 (S.9114/A.11181). On May 4, 2021, New York State extended the COVID-19 Emergency Eviction and Foreclosure Prevention Action of 2020 through August 31, 2021 (S.636A/A.7175).

We therefore request that this case be marked stayed until August 31, 2021.

Very truly yours

/s/ Erin K. Flynn

Erin K. Flynn

> Granted. The stay is hereby extended to August 31, 2021.
> The Clerk of Court is directed to terminate the motions at Dkt. Nos. 18 & 20.
> So ordered.
> May 17, 2021

_____
J. PAUL OETKEN
United States District Judge

4 NEW KING STREET, SUITE 140, WHITE PLAINS, NY 10604
PHONE 914-472-6202   FAX 914-472-1936   EMAIL INFO@CGWESQ.COM   WEB WWW.CGWESQ.COM