UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIAMI HOME LLC,

                     Plaintiff,                  No. 20-CV-10011 (KMK)

     v.                                         ORDER

MARTIN SALAZAR,

                     Defendant.

KENNETH M. KARAS, District Judge:

       At the Conference on June 28, 2022, the Court adopted the following schedule:

       Plaintiff shall file its Motion for Summary Judgment by August 2, 2022. Defendant shall respond by August 19, 2022. Plaintiff shall reply by September 2, 2022.

       The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:     June 28, 2022
               White Plains, New York

                                                        KENNETH M. KARAS
                                                        UNITED STATES DISTRICT JUDGE