

**HASBANI & LIGHT, P.C.**
ATTORNEYS AT LAW

Danielle P. Light, Esq.

450 Seventh Avenue
Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

MEMO ENDORSED

October 21, 2022

**VIA ECF**
Justice Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    *Miami Home, LLC v. Manuel Salazar et al.*
              Case No: 7:20-cv-10011-KMF-AEK
              **Scheduling Order for Motion for Summary Judgment**

Dear Justice Karas:

We are counsel for Plaintiff, Miami Home, LLC in the above-entitled action. We write to kindly request a second extension of time to file Plaintiff's Motion for Summary Judgment to November 30, 2022. We requested consent from counsel for defendant Manuel Salazar and did not yet receive a response. We do not anticipate any objection from counsel. We are requesting this extension because Plaintiff requires additional time to prepare the motion.

- Plaintiff's Motion due November 30, 2022
- Defendant's Response due December 14, 2022
- Plaintiff's Reply due December 28, 2022

We thank the court for its time and consideration in granting this request.

Denied. One extension was already granted.

So Ordered.

10/25/22

Respectfully,

*/s/Danielle P. Light*
Danielle P. Light, Esq.